UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* LAUREN KIEFF and WILLIAM LaCORTE,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH,<br><br>Defendant. | Case No. 03-CV-12366-DPW<br>Case No. 06-CV-11724-DPW |

## MOTION TO ENTER ORDER

Sherif K. Sakla, M.D. and The Sakla Law Firm, APLC ("Sakla") respectfully move this Court to enter the proposed order attached hereto as Exhibit A. As grounds for the motion, Sakla states that the proposed order was drafted with the participation of all interested parties, the parties believe that the draft reflects the Court's orders stated from the bench on May 16, 2016, and all interested parties have authorized Sakla to file this form of order.

Respectfully submitted,

SHERIF K. SAKLA, M.D. and
THE SAKLA LAW FIRM, APLC

By their attorneys,

/s/ Kevin T. Peters
Kevin T. Peters (BBO # 550522)
kpeters@arrowoodpeters.com
ARROWOOD PETERS LLP
10 Post Office Square, 7th Floor South
Boston, MA  02109
(617) 849-6200 telephone
(617) 849-6201 facsimile

Date: May 19, 2016

## CERTIFICATE OF SERVICE

I, Kevin T. Peters, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/     Kevin T. Peters

Dated:  May 19, 2016