## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* LAUREN KIEFF and WILLIAM LaCORTE,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 03-CV-12366-DPW<br>)     Case No. 06-CV-11724-DPW<br>)<br>)<br>)<br>) |

### UNITED STATES' NOTICE OF DEPOSIT OF RELATOR SHARE

Please take notice that the United States has deposited the relator share of $64,000,000

with the registry of the Court.

Dated:  June 15, 2016                 Respectfully submitted,

                                      THE UNITED STATES OF AMERICA

DANIEL R. ANDERSON              CARMEN M. ORTIZ
ANDY J. MAO                     United States Attorney
SANJAY M. BHAMBHANI
ZOILA HINSON              By:    /s/ Gregg Shapiro
CHRISTOPHER TERRANOVA           GREGG SHAPIRO (BBO No. 642069)
United States Department of Justice   BRIAN A. PÉREZ-DAPLE (DC Bar No. 979681)
P.O. Box 261, Ben Franklin Station    KRISS BASIL (BBO No. 673074)
Washington, D.C. 20044          Assistant United States Attorneys
                                United States Attorney's Office
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered participants on June 15, 2016.

                                /s/ Gregg Shapiro
                                Gregg Shapiro
                                Assistant United States Attorney