UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, et al., <br>     *ex rel.* Lauren Kieff, <br><br>                        Plaintiffs, <br><br>          v. <br><br> WYETH, <br><br>                        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 03-CV-12366 <br> Hon. Douglas P. Woodlock |
| THE UNITED STATES OF AMERICA, et al., <br>     *ex rel.* William LaCorte, <br><br>                        Plaintiffs, <br><br>          v. <br><br> WYETH and PFIZER, INC., <br><br>                        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-CV-11724 <br> Hon. Douglas P. Woodlock |

## **QUI TAM STATES' NOTICE OF DEPOSIT OF RELATOR SHARE**

Please take notice that the total relator share of $34,367,074.19 owed collectively by the States of California, Delaware, Florida, Hawai'i, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Nevada, New Hampshire, New Mexico, New York, Tennessee, Virginia, Wisconsin and the District of Columbia ("Qui Tam States") was deposited with the registry of the Court on June 17, 2016.

1

Dated: June 17, 2016

Respectfully submitted,

On Behalf of the Qui Tam States

THE STATE OF NEW YORK
ERIC T. SCHNEIDERMAN
Attorney General

By: /s/ Carolyn T. Ellis
Carolyn T. Ellis (*pro hac vice*)
Special Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General
120 Broadway, 13th Floor
New York, New York 10271
Tel:  (212) 417-5384
Carolyn.ellis@ag.ny.gov

COMMONWEALTH OF MASSACHUSETTS
MAURA HEALEY
Attorney General

By: /s/ Steven Sharobem
Steven Sharobem, BBO #664583
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108
Tel. (617) 963-2227
steven.sharobem@state.ma.us

STATE OF NORTH CAROLINA
ROY A. Cooper
Attorney General

By: /s/ F. Edward Kirby
F. Edward Kirby (*pro hac vice*)
Steven K. McCallister (*pro hac vice*)
Assistant Attorneys General
North Carolina Attorney General's Office
5505 Creedmoor Road, Suite 300
Raleigh, NC  27612
Tel. (919) 881-2320
FKirby@ncdoj.gov

2

SMcCallister@ncdoj.gov


THE STATE OF INDIANA
GREGORY F. ZOELLER
Attorney General

By: /s/ Jessica L. Harlan-York
Jessica L. Harlan-York (*pro hac vice*)
Deputy Attorney General
Medicaid Fraud Control Unit
Office of the Indiana Attorney General
8005 Castleway Drive
Indianapolis, IN, 46250
Tel. (317) 915-5330
jessica.harlan-york@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that Qui Tam States' Notice of Deposit of Relator Share filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent by e-Mail to those indicated as non-registered participants.

Dated: June 17, 2016

    /s/ Steven Sharobem
Steven Sharobem, BBO #664583
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108
Tel. (617) 963-2227
steven.sharobem@state.ma.us