February 22, 2022

**By Hand Delivery**
The Honorable Douglas P. Woodlock
U.S. District Court
One Courthouse Way – Suite 2300
Boston MA 02210

    Re:  *U.S.A., et al., ex rel. William LaCorte v. Wyeth*
          *USDC C.A. No. 06-cv-11724-DPW*

Dear Judge Woodlock:

    We write this letter jointly on behalf of our respective clients with regard to the pending action concerning the division of attorneys' fees in the above-referenced action.

    We noted from the court record that "Findings and Conclusions" were in the draft process of being prepared on this matter in October 2018. See Document Number 732.

    We are hopeful that the Court may be able to give us some indication as to when the parties might expect a written ruling from the court.

    *This letter is sent with the authorization and approval of all parties and their counsel.*

    With thanks in advance for the court's consideration of our request,

Respectfully submitted,

Very truly yours,                                   Very truly yours,

Richard C. Stanley                                  Christopher R. O'Hara

CC:
    Lisa G. Arrowood, Esq. *(Via e-Mail only)*
    Isaac H. Ryan, Esq. *(Via e-Mail only)*
    Christopher Weld, Esq. *(Via e-mail only)*